# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE PETITION OF PJSC URALKALI FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 | CASE NO. C18-1673JLR<br><br>ORDER |

On October 22, 2018, Petitioner PJSC Uralkali ("Uralkali") filed a petition for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding. (Pet. (Dkt. # 1).) On November 16, 2018, Respondent John E. McCaw, Jr. filed an opposition to Uralkali's petition. (Resp. (Dkt. # 16); *see also* 10/24/18 Order (setting deadline for filing of opposition).) On November 19, 2018, this case was reassigned to the undersigned Judge. (*See* 11/19/18 Min. Entry.) The petition is not currently noted for the court's consideration, and no reply has been filed. (*See generally* Dkt.) Accordingly, the court ORDERS Uralkali to file a reply, if any, by November 30, 2018. The court

//

ORDER - 1

1 DIRECTS the clerk to note Uralkali's petition (Dkt. # 1) for consideration on November
2 30, 2018.
3     Dated this 20th day of November, 2018.

The Honorable James L. Robart
U.S. District Court Judge